UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JIN LEI, | )<br>) |
| Plaintiff, | )    2:11-CV-1992-PMP-CWH<br>) |
| vs. | )<br>) |
| FIRST HORIZON HOME LOANS SERVICING, LP, et al. | )<br>)<br>) |
| Defendants | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

In accord with the Notice of Intent to Dismiss entered January 19, 2012, pursuant to FRCP 4(m),

**IT IS ORDERED** that Plaintiff's Complaint is hereby dismissed.

Dated this _ 21st day of February, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE