# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JIN LEI, | ) |
| | ) |
| Plaintiff, | )   2:11-CV-1992-PMP-CWH |
| | ) |
| vs. | ) |
| | ) |
| FIRST HORIZON HOME LOANS SERVICING, LP, et al. | ) |
| | ) |
| Defendants | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE

In accord with the Notice of Intent to Dismiss entered January 19, 2012, pursuant to FRCP 4(m),

**IT IS ORDERED** that Plaintiff's Complaint is hereby dismissed.

Dated this  21st day of February, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE